WEC

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

EASTERN DISTRICT-WI
FILED
2020 JAN 24 A 11: 46
STEPHEN C. DRIES
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| YOUSEF OMAR BARASNEH | ) | Case No. 20m 861 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YOUSEF OMAR BARASNEH ; DOB xx-xx-1997 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 241 Conspiracy against rights

Date: January 16, 2020

_____
Issuing officer's signature

City and state: Milwaukee, Wisconsin

William E. Callahan
Printed name and title

### Return

This warrant was received on *(date)* 1-16-20 , and the person was arrested on *(date)* 1-17-20
at *(city and state)* Oak Creek, WI .

Date: 1-24-20

_____
Arresting officer's signature

Jessica M Krueger, Special Agent
Printed name and title